ACCEPTED
03-14-00538-CR
4241503
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 7:56:12 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00538-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT
OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 7:56:12 AM
JEFFREY D. KYLE
Clerk

**Gary Don Ray**

Appellant

v.

**The State of Texas**

Appellee

On Appeal from the 452nd District Court of McCulloch County in Cause No. 5840
The Honorable Robert R. Hoffman, Judge Presiding

# Unopposed Motion for Extension of Time To File State's Brief on Appeal

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, the State of Texas, by and through her duly elected District Attorney, Appellee in the above styled and numbered cause, and respectfully enters this "Unopposed Motion for Extension of Time to File State's Brief on Appeal," and in support of such Motion would show the Court:

I

Appellant was convicted of the offense of criminal trespass in case number 5840, McCulloch County. Appellant was sentenced to 270 days in the McCulloch County Jail and assessed a $4,000 fine. Appellant filed his notice of appeal with the trial court on August 1, 2014.

II

The deadline for filing the State's Brief with the Court was February 19, 2015. This request for an extension is based upon the inability of counsel for the State to

finish research on the issues raised by the trial of the case and as set out in Appellant's brief.

III

Counsel for the State would further show that he will require an additional thirty (30) days in which to complete the research and prepare the State's Brief. This is the State's first request for an extension of time in which to file its brief. Counsel would show that M. Patrick Maguire, counsel of record for Appellant, does not oppose the request for an extension.

**Prayer**

WHEREFORE PREMISES CONSIDERED, the undersigned prays this Honorable Court to grant the State's motion for extension of time in which to file its brief, and Order that the deadline for filing such be extended an additional thirty (30) days, until March 23, 2015, or until such time as set by this Court.

Respectfully submitted,

/s/    Tonya Spaeth Ahlschwede

**Tonya Spaeth Ahlschwede**
District Attorney, 452nd District Court
P.O. Box 635
Mason, Texas 76856
eMail: tsa@452da.net
Tel: 325-347-8400
Fax: 325-347-8404
State Bar Card No. 24025656

Attorney for the State of Texas

# Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 370 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on February 23, 2015, a true and correct copy of the above and foregoing "Unopposed Motion for Extension of Time To File State's Brief on Appeal" was transmitted via the eService function on the State's eFiling portal, to M. Patrick Maguire (mpmlaw@ktc.com), counsel of record for the Appellant.

/s/   Tonya Spaeth Ahlschwede

**Tonya Spaeth Ahlschwede**
Counsel for the State of Texas